Charles J. Taylor, Appellant *v.* Middlesex Township, Appellee.

Argued June 2, 1981, before President Judge CRUMLISH and Judges MENCER, BLATT, WILLIAMS, JR. and CRAIG. Judges ROGERS, MACPHAIL and PALLADINO did not participate.

*Charles E. Zaleski, Tive, Hetrick & Pierce, P.C.,* for appellant.

*Richard C. Snelbaker, Snelbaker, McCaleb & Elicker,* for appellee.

OPINION BY PRESIDENT JUDGE CRUMLISH, July 14, 1981:

Charles J. Taylor appeals a Cumberland County Common Pleas Court decision affirming the denial of an application for curative amendment which would allow the extension of an existing mobile home park

adjacent to primarily rural, undeveloped land zoned residential farm.

The case arises out of Taylor's contention that the Middlesex Township Zoning Ordinance, which only permits mobile home parks in residential suburban zoned areas by special exception, unconstitutionally discriminates against low and middle income persons by limiting construction of mobile home parks to the non-residential, suburban districts resulting in de facto exclusionary zoning of low-cost housing.

After careful and considered review of the record, we must affirm on the able lower court opinion by Judge GEORGE E. HOFFER, entered July 10, 1980, at 350 Civil 1980, Civil Action—Law, Court of Common Pleas of Cumberland County.

Affirmed.

### ORDER

The Cumberland County Common Pleas Court order, dated July 10, 1980, 365 Civil 1980, Civil Action —Law, is affirmed.